# EXHIBIT A

**Donald W. Wyatt Detention Facility**
Secure Processing Center
25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Jacob Hellested
[redacted]
Swansea MA 02777-1240
[redacted]

July 9, 2024

You are receiving this notice because we have confirmed that some of your personally identifiable information has been affected by a data security incident at the Donald W. Wyatt Detention Facility. The purpose of this notice is to explain the incident, identify the measures we have taken, and some steps you can take in response.

On November 2, 2023, we discovered that a virus had impacted the Facility's computer systems. We quickly took steps to minimize its impact, took other necessary actions to protect the Facility's systems, and have been investigating the matter. We have been working with a forensic security consultant to identify the nature and scope of the incident and the data taken from the Facility's system. The FBI is also investigating this incident.

Over the course of our investigation and review of the affected data, we have confirmed approximately 12,890 detainees, 7,618 current/former/potential staff, and 185 outside vendors were affected. We believe that various types of data were taken from the Facility's systems and posted on the dark web, including certain financial information, approximately 12,890 detainees' medical and other identifiable information, certain current, potential, and former staff information, and approximately 185 vendors' information. With respect to staff-related information, we discovered in late November, 2023 and thereafter, as part of our review that this information appears to include approximately 7,618 staff-related names, home addresses (city/state/zip), personal home/cellphone numbers, birth dates, hire dates, job titles, certain beneficiary designation information, workers' compensation/unemployment information, and in some, but not all, instances, Social Security numbers. In addition, documents relating to certain staff disciplinary/counseling actions were located as well as some staff photos.

Based upon our review, certain information of yours was taken as part of this incident. We regret any concern this incident may cause you, and we are committed to helping you minimize any possible impact. To that end, we have secured the services of Epiq Global Solutions to offer you a complimentary five year membership in Equifax Complete™ Premier identity monitoring services. This product helps detect possible misuse of your information and provides you with identity protection support focused on immediate identification and resolution of identity theft. Equifax Complete™ Premier is completely free and enrolling in this program will not hurt your credit score. For more information on Equifax Complete™ Premier, including instructions on how to activate your complimentary five year membership, as well as some additional steps you can take to protect your information, please see the pages that follow this letter.